# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tymar Distribution LLC<br>DISPLAY NAME: New England Express<br><br>   Plaintiff,<br><br>   v.<br><br>Kameal Narain et al.,<br><br>   Defendants.<br><br>and<br><br><br>RIVELLE PRODUCTS INC., dba PricePRO, et al.,<br><br>   New Party Defendants | **Case Number 20-719(PKC-SJB)**<br><br><br><br>**FILING IN COMPLIANCE WITH ORDER OF BULSARA, J. VIS-À-VIS ATTENDEES AT SETTLEMENT CONFERENCE OF SEPTEMBER 8, 2020** |

**TO HONORABLE SANKET J. BULSARA:**

Whereas on August 26, 2020 the court ordered that parties submit "an email address (for both counsel and a client representative) to the Court so that the Court may connect the parties to a video conference. A phone number should also be provided,"

Plaintiff hereby submits as follows:

Client Representative: Tyson Zahner
tyson@tymardistribution.com
203-996-5490


Counsel to Plaintiff: Mark Schlachet
markschlachet@me.com
216-225-7559

        Respectfully submitted,


        /s/Mark Schlachet___
        Law Offices of Mark Schlachet
        3515 Severn Road
        Cleveland, Ohio 44118
        Telephone: (216) 225-7559
        Facsimile: (216) 932-5390
        Email: markschlachet@me.com

        Attorney for Plaintiff Tymar Distribution LLC